UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMET KEARY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARYA BOLURFRUSHAN, APPLIED AI )<br>CORPORATION LIMITED, APPLIED AI )<br>COPRORATION LIMITED, AAICO )<br>ARTIFICIAL INTELLIGENCE )<br>CONSULTANCIES L.L.C, NEW YORK RE, )<br>INC.: AI LOAN COMPANY LLC, AAICO )<br>CLAIMS, INC. AFFIRMO, INC.: JOHN )<br>DOE I, JOHN DOE II, JOHN DOE III, JOHN )<br>DOE IV, JOHN DOE V, JOHN DOE VI and )<br>JOHN DOE VII, )<br>)<br>) | C. A. No. 1:24-cv-02274-APM |

## REQUEST FOR SUMMONS TO ISSUE

NOW COMES THE Plaintiff, Emmet Keary, by and through his undersigned counsel, to respectfully request that this Honorable Court issue summons for all the above-referenced Defendants, excluding the John Doe Defendants. Proposed summons documentation are attached hereto as exhibits.

DATED: August 13, 2024                    Respectfully submitted,

*/s/ John A. Stenn*_____
**John A. Sten**
DC Bar # 490982
**BYRD CAMPBELL P.A.**
100 State Street
Third Floor
Boston MA 02109
Phone: 617-967-2820
Email: JSten@ByrdCampbell.com